UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMUNDO GUERRERO BRISENO,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

NO.  C13-180-TSZ-JPD

REPORT AND RECOMMENDATION

    Petitioner, Raymundo Guerrero Briseno, is proceeding pro se.  By letter dated January 31, 2013, petitioner was granted thirty (30) days to either pay the $5.00 filing fee, or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months.  (Dkt. No. 3.)  Petitioner was advised that failure to respond to the letter by March 4, 2013, could result in dismissal of the case.  *Id*.  To date, petitioner has neither paid the filing fee nor submitted a completed application for IFP status.  This action should therefore DISMISSED without prejudice for failure to pay the applicable filing fee pursuant to 28 U.S.C. § 1914.

    DATED this 14th day of March, 2013.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1