UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMUNDO GUERRERO BRISENO,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

NO. C13-180-TSZ-JPD

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's proposed habeas petition (Dkt. No. 1.) is DISMISSED without prejudice for failure to pay the applicable filing fee pursuant to 28 U.S.C. § 1914.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 18th day of March, 2013.

*[signature]*

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL - 1